371 A.2d 1289

COMMONWEALTH of Pennsylvania

v.

Larry CLARK, Appellant.

Supreme Court of Pennsylvania.

Argued Jan. 12, 1976.

Decided April 28, 1977.

Robert B. Mozenter, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Maxine J. Stotland, Asst. Dist. Atty., Philadelphia, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.
Judgment of sentence affirmed.

JONES, former C. J., did not participate in the decision of this case.